1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | KEVIN HAROLD CLEAVER,              Case No. EDCV 14-0829 SS

12 |                Plaintiff,

13 |      v.                                      **JUDGMENT**

14 | CAROLYN W. COLVIN, Acting
   | Commissioner of the Social
15 | Security Administration,

16 |                Defendant.

17 |_____|

18

19        IT IS ADJUDGED that the decision of the Commissioner is

20   AFFIRMED and that the above-captioned action is dismissed with

21   prejudice.

22

23   DATED:  March 23, 2015

24

25                                        _____/S/_____
                                          SUZANNE H. SEGAL
26                                        UNITED STATES MAGISTRATE JUDGE

27

28